JS-6

Charles M. Coate, Esq. (SBN: 140404)
Darius Anthony Vosylius, Esq. (SBN: 175030)
Theresa E. Johnson, Esq. (SBN: 254123)
COSTA ABRAMS & COATE LLP
1221 Second Street, Third Floor
Santa Monica, California  90401
Tel: (310) 576-6161
Fax: (310) 576-6160
Email: cm.coate@verizon.net

Attorneys for Plaintiff,
PEACE ARCH ENTERTAINMENT GROUP, INC.

Richard L. Albert (Bar No. 204359)
Julie N. Nong (Bar No. 208013)
Law Offices of Richard L. Albert
4605 Lankershim Boulevard, Suite 203
North Hollywood, CA 91602
Tel: (818) 752-2776
Fax: (818) 752-7471
Email: rick@albertlawoffices.com

Attorneys for Defendant,
IMAGE ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEACE ARCH ENTERTAINMENT GROUP, INC., an Ontario, Canada, corporation, | Case No. CV 08-05280 GAF (AGRx) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| vs. | [F.R.C.P. 41(a)] |
| IMAGE ENTERTAINMENT, a Delaware corporation, CHRIS LANCEY, a citizen of California, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

1
2
IMAGE ENTERTAINMENT, a
Delaware corporation,

3          Third Party Plaintiff,

4                    vs.

5
6
WESTERN INTERNATIONAL
SYNDICATION CORPORATION,

7          Third Party Defendant.

8

9

10     **IT IS HEREBY STIPULATED** by and between Plaintiff PEACE ARCH

11   ENTERTAINMENT GROUP, INC. and Defendant IMAGE ENTERTAINMENT,

12
13   INC., through their counsel of record, that the above-entitled action between them

14   is hereby dismissed <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure

15   41(a), with each party bearing its own attorneys' fees and costs.

16

17

18   Dated: December 21, 2009                COSTA ABRAMS & COATE LLP

19

20                                          By: __/s/ Charles M. Coate_____
                                            Charles M. Coate, Esq.
21                                          Darius A. Vosylius, Esq.
22                                          Theresa E. Johnson, Esq.
                                            Attorneys for Plaintiff
23                                          Peace Arch Entertainment Group, Inc.

24

25   ///

26

27   ///

28

29

1
2   Dated: December 21, 2009                    LAW OFFICES OF RICHARD ALBERT

3                                               By:   /s/ Julie Nong
4                                               Richard Albert, Esq.
                                                Julie Nong, Esq.
5                                               Attorneys for Defendant
6                                               Image Entertainment

7                                **IT IS SO ORDERED.**
8
9
10  Dated: December 28, 2009          By:
11                                               The Hon. Gary A. Feess
12                                               U.S. DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29